UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF NEW YORK

In re:

TIMOTHY J. RANDALL AND WENDY L. RANDALL

Debtor(s).

Chapter 13
Case No. 1-17-10614-MJK
**AMENDED NOTICE OF MOTION FOR RELIEF FROM THE AUTOMATIC STAY**

**PLEASE TAKE NOTICE** that Citizens Bank, National Association, a secured creditor of Debtors, by the undersigned attorneys, will move this Court on the 17th day of August, 2017 at 10:00 a.m. or as soon thereafter as counsel can be heard, at the Niagara Falls Municipal Complex, 1925 Main Street, 2nd Floor Hearing Room, Niagara Falls, NY 14305 for an Order pursuant to 11 U.S.C. §362(d)(1) and 11 U.S.C. §1322(b)(5) terminating the automatic stay as to movant's interest in the following collateral: 209 Church Street, Lockport, New York 14094 and for such other relief as the Court may deem proper.

Dated: Albany, New York
July 19, 2017

COOPER ERVING & SAVAGE LLP

By: _____
Michael A. Kornstein
Attorneys for RBS Citizens, N.A.
39 North Pearl Street, 4th Floor
Albany, New York 12207
(518) 449-3900

TO:
Timothy J. Randall
5620 Ide Road
Burt, New York 14028

Wendy L. Randall
5620 Ide Road
Burt, New York 14028

Joseph G. Frazier, Esq.
280 East Avenue
P.O. Box 464
Lockport, New York 14095

Albert J. Mogavero, Esq.
Chapter 13 Trustee
The Dunn Building
110 Pearl Street, 6th Floor
Buffalo, New York 14202

Office of the U.S. Trustee
Olympic Towers
300 Pearl Street, Suite 401
Buffalo, NY 14202

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF NEW YORK

In re: Timothy J. Randall and Wendy L. Randall

Case No. 1-17-10614-MJK
Chapter 13

Debtor(s)

## CERTIFICATE OF SERVICE

I, Rebecca A. Walsh certify that on, July 20, 2017, I served true and correct copies of Amended Notice of Motion on the following parties in the manner specified for each party below:

Name and Address of Party*

Method of Service
(If by mail, describe the mode of mailing)

**See Attached Sheet

Dated: July 20, 2017

_Rebecca A. Walsh_

* If a corporation, note name of officer, director or managing agent. See Federal Rules of Bankruptcy Procedure 7003, 7004, 9013 and 9014 and additional rules, as applicable, for service requirements.

Rev. 10/15/10

| Name and Address of Party | Method of Service |
|---|---|
| Timothy J. Randall<br>5620 Ide Road<br>Burt, New York 14028 | Via First Class Mail |
| Wendy L. Randall<br>5620 Ide Road<br>Burt, New York 14028 | Via First Class Mail |
| Joseph G. Frazier, Esq.<br>280 East Avenue<br>Lockport, New York 14095 | Via First Class Mail<br>And Via ECF-filing |
| Albert J. Mogavero, Esq.<br>The Dunn Building<br>110 Pearl Street, 6th Floor<br>Buffalo, New York 14202-4111 | Via First Class Mail<br>And Via ECF-filing |
| Office of the U.S. Trustee<br>Olympic Towers<br>300 Pearl Street, Suite 401<br>Buffalo, NY 14202 | Via First Class Mail<br>And Via ECF-filing |