0034-0U-EPIB0U-00588141-1887735

# United States Bankruptcy Court
For The
Western District of New York

| | | |
|---|---|---|
| **IN RE:** TIMOTHY J & WENDY L RANDALL<br>5620 IDE ROAD<br>BURT, NY 14028 | **DATE** 08/18/2017 | **CASE No.** 1710614 K<br>SS #1 XXX-XX-2182<br>SS #2 XXX-XX-8708 |

## MOTION TO ALLOW CLAIMS

Pursuant to 11 U.S.C. 704(4), the trustee has examined the proofs of claim filed in this case and objected to the allowance of such claims as appeared to be improper except where no purpose would have been served by such objection. After such examination and objections, if any, the trustee states that claims should be deemed allowed, or "not filed" as indicated below.

| CLAIM # | NAME AND ADDRESS OF CREDITOR | AMOUNT | FORGIVE % | CLASSIFICATION |
|---|---|---|---|---|
| 001 | PORTFOLIO RECOVERY ASSOCIATES, LLC / P.O. BOX 12914<br>NORFOLK, VA 23541 | 2,448.61<br>3.9000% | 0.0000 | Unsecured |
| 002 | CITIZENS BANK / % HARRIS BEACH<br>333 WEST WASHINGTON ST. / SYRACUSE, NY 13202 | | | Not Filed |
| 003 | CITIZENS BANK, N.A. / % MICHAEL A. KORNSTEIN, ESQ.<br>39 NO. PEARL ST., 4th FLOOR / ALBANY, NY 12207 | | | DirectPay<br>87,009.30 |
| 004 | CITIZENS BANK, NA / 10561 TELEGRAPH ROAD<br>GLEN ALLEN, VA 23059-4577 | 20,452.66<br>3.9000% | | Secured |
| 005 | CORNERSTONE COMMUNITY F.C.U. / 6485 SOUTH TRANSIT ROAD<br>LOCKPORT, NY 14094 | 5,408.39<br>3.9000% | | Secured |
| 006 | CORNERSTONE COMMUNITY F.C.U. / 6485 SOUTH TRANSIT ROAD<br>LOCKPORT, NY 14094 | 3,390.64<br>3.9000% | 0.0000 | Unsecured |
| 007 | DISCOVER BANK / C/O ZWICKER & ASSOC.<br>130 ALLENS CREEK RD. 1ST FLOOR / ROCHESTER, NY 14618 | | | Not Filed |
| 008 | DISCOVER BANK / DISCOVER PRODUCTS, INC.<br>P.O. BOX 3025 / NEW ALBANY, OH 43054-3025 | 4,094.08<br>3.9000% | 0.0000 | Unsecured |
| 009 | NIAGARA COUNTY TREASURER / PHILO J. BROOKS BUILDING<br>59 PARK AVENUE / LOCKPORT, NY 14094 | | | Not Filed |
| 010 | STERLING JEWELERS, dba KAY JEWELERS / % WELTMAN, WEINBERG<br>P.O. BOX 93784 / CLEVELAND, OH 44101 | 3,627.79<br>3.9000% | | Secured |
| 011 | TOYOTA MOTOR CREDIT CORP. / P.O. BOX 9013<br>ADDISON, TX 75001 | | | DirectPay<br>14,568.33 |
| 012 | CORNERSTONE COMMUNITY F.C.U. / 6485 SOUTH TRANSIT ROAD<br>LOCKPORT, NY 14094 | 300.63<br>3.9000% | 0.0000 | Unsecured |
| 013 | CORNERSTONE COMMUNITY F.C.U. / 6485 SOUTH TRANSIT ROAD<br>LOCKPORT, NY 14094 | 281.31<br>3.9000% | 0.0000 | Unsecured |

Case 1-17-10614-MJK    Doc 46    Filed 09/13/17    Entered 09/13/17 13:27:34    Desc
Page 1 of 2
Page 1 of 2        Please be advised that the claim number here within refers only to the Trustee's claim number - not to the number assigned by the Court.

0034-0U-EPIB0U-00588141-1887735

# United States Bankruptcy Court
For The
Western District of New York

| IN RE: | | DATE | CASE No. 1710614 K |
|---|---|---|---|
| TIMOTHY J & WENDY L RANDALL | | | |
| 5620 IDE ROAD | | 08/18/2017 | SS #1 XXX-XX-2182 |
| BURT, NY 14028 | | | SS #2 XXX-XX-8708 |

## MOTION TO ALLOW CLAIMS

Pursuant to 11 U.S.C. 704(4), the trustee has examined the proofs of claim filed in this case and objected to the allowance of such claims as appeared to be improper except where no purpose would have been served by such objection. After such examination and objections, if any, the trustee states that claims should be deemed allowed, or "not filed" as indicated below.

| CLAIM # | NAME AND ADDRESS OF CREDITOR | AMOUNT | FORGIVE % | CLASSIFICATION |
|---|---|---|---|---|
| 899 | TIMOTHY J & WENDY L RANDALL / 5620 IDE ROAD BURT, NY 14028 | | | Refund |
| | Total | 40,004.11 | ******* | |
| | JOSEPH G. FRAZIER, ESQ. 280 EAST AVENUE PO BOX 464 LOCKPORT, NY 14095 | 1,700.00 | | Debtor's Attorney |

WHEREFORE, your trustee prays that those claims which have been filed be deemed allowed for the purpose of distribution as indicated above.

/s/Albert J. Mogavero
Albert J. Mogavero

## NOTICE

At Buffalo, NY

PLEASE TAKE NOTICE that the above claims are allowed as recommended by the Trustee and payable as provided by the debtor's plan. The debtor and debtor's attorney of record are hereby advised that written application for modification of this notice must be made within 30 days from the date of the certificate of mailing of this notice. The motion to allow claims is deemed approved without a separate order of this Court, absent a written application for modification.

DATED: 09/15/2017    CLERK /s/ LISA BERTINO BEASER
CERTIFICATE OF MAILING                    CLERK OF COURT

A copy of the above Motion and notice was served upon the debtor and his or her attorney of record by mailing a copy thereof as ordered in envelopes on the date of said notice.

CLERK /s/ S. Bavisotto
CHAPTER 13 OFFICE