0034-0U-EPID0U-00589702-1894(

# United States Bankruptcy Court
For The
Western District of New York

**IN RE:** TIMOTHY J & WENDY L RANDALL
5620 IDE ROAD
BURT, NY 14028

DATE 10/20/2017

CASE No. 1710614 K
SS #1 XXX-XX-2182
SS #2 XXX-XX-8708

## MOTION TO ALLOW ADDITIONAL CLAIMS

COMES NOW the trustee and shows the Court that the following was filed against the estate of the debtor, and that such claim was not included on previous orders allowing claims herein:

| NAME AND ADDRESS OF CREDITOR | CLAIM # | CLASSIFICATION | AMOUNT |
|---|---|---|---|
| NIAGARA COUNTY TREASURER / PHILO J. BROOKS BUILDING<br>59 PARK AVENUE / LOCKPORT, NY 14094 | 009 | Secured<br>Pay 100.0000%<br>3.9000%<br>From Date:09/25/2017 | 9,854.94 |

Please be advised that the claim number here within refers only to the Trustee's claim number - not to the number assigned by the Court.

Your trustee has examined the claim and recommends to the Court that it be deemed allowed for the amount claimed, payable in the manner classified, subject to the provisions of the plan and other Court orders.

WHEREFORE, the Trustee prays that the foregoing claim be allowed as set forth above.

/s/Albert J. Mogavero
Albert J. Mogavero

## NOTICE

At Buffalo, NY

PLEASE TAKE NOTICE that the above claim is allowed as recommended by the Trustee and payable as provided by the debtor's plan. The debtor and debtor's attorney of record are hereby advised that written application for modification of this notice must be made within 30 days from the date of the certificate of mailing of this notice. The motion to allow claims is deemed approved without a separate order of this Court, absent a written application for modification.

DATED: 10/27/2017

JOSEPH G. FRAZIER, ESQ.
280 EAST AVENUE
PO BOX 464
LOCKPORT, NY 14095

CLERK    /s/ LISA BERTINO BEASER
CLERK OF COURT

CERTIFICATE OF MAILING
A copy of the above Motion and notice was served upon the debtor and and his or her attorney of record by mailing a copy thereof as ordered in envelopes on the date of said notice.

CLERK    /s/ M. Kleiman
CHAPTER 13 OFFICE