

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF NEW YORK

IN RE: TIMOTHY J. & WENDY L. RANDALL  ADJUSTMENT OF DEBTS
5620 IDE ROAD                          UNDER CHAPTER 13
BURT, NEW YORK 14028                   Bk. No.: 17-10614 K
SS# ***-**-2182 & ***-**-8708

## AMENDED ORDER TO PAY TO THE TRUSTEE

Upon representations of the Trustee or other interested party, the Court finds that:

The above-named debtor has pending in this Court a proceeding for an adjustment of debts under Chapter 13 of the Bankruptcy Code and pursuant to the provisions of said statute and the debtor's plan the debtor has submitted all future earnings and wages to the exclusive jurisdiction of this Court for the purposes of consummating the plan; and

That under the provisions of Section 1325© of the Bankruptcy Code the employer of the debtor may be required, upon the order of this Court, to pay over such portion of the wages or earnings of the debtor as may be needed to effectuate said plan, and that such an order is necessary and proper; now therefore

**IT IS ORDERED** that, until further order of this Court, the **DEBTOR(S)** shall pay directly to the Trustee the sum of **$760.00 PER MONTH beginning on the next payday following the receipt of this order** and deduct a similar amount for each pay period thereafter, including any period for which the debtor receives periodic or lump sum payment for or on account of vacations, termination or other benefits arising out of present or past employment of the debtor and to forthwith remit the sum so deducted to:

ALBERT J. MOGAVERO, Chapter 13 Trustee
The Dun Building
110 Pearl Street, 6th Floor
Buffalo, New York 14202 (716) 854-5636

**IT IS FURTHER ORDERED,** that no deductions for or on account of any garnishment, wage assignment, credit union or other purpose not specifically authorized by the Court be made from the earnings of said debtor.

**IT IS FURTHER ORDERED** that this order superseded previous orders, if any made to the subject employer in this cause.

**IT IS FURTHER ORDERED** that release of this order to pay the Trustee will be made by **NOTICE** from the Clerk, U.S. Bankruptcy Court.

Date:  1/16/18

_____
U.S.B.J.

FILED
JAN 19 2018
BANKRUPTCY
BUFFALO, N.Y.

CERTIFICATE OF SERVICE BY MAIL

OF _Marion D Prysby_ CLERK

COPIES OF THIS __Wage Order__

WERE PERSONALLY MAILED BY ME  1-16-18

TO:

Trustee
Debtor(s)
Attorney

UNDER PENALTY OF PERJURY I DECLARE THAT THE FOREGOING IS TRUE AND CORRECT.